**Order entered December 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00613-CV

## IN THE INTEREST OF M.A.H., A CHILD

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-51726-2011**

## ORDER

Before the Court is appellant's December 19, 2014, unopposed motion to extend time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief be filed no later than January 16, 2015.

/s/     CRAIG STODDART
        JUSTICE